UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

No. 14-MJ-30216

        Plaintiff,

v.

GAVIN AWERBUCH,

        Defendant.
_____/

### STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION/PRELIMINARY HEARING

      The United States of America and the defendant, through their respective counsel, stipulate and agree that there is good cause to continue the preliminary examination/preliminary hearing in this case, which is presently scheduled to take place on Monday, December 21, 2015. The parties stipulate that the required preliminary examination/preliminary hearing should be continued until Monday, May 2, 2016. The parties also stipulate and agree that this Stipulation and any order resulting therefrom shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(b). The delay is requested based on the ends of justice and the interests of the defendant, within the meaning of 18 U.S.C. § 3161(h)(7), due to factual and legal complexity of the case, as well as to the extensive volume of discovery to be analyzed and reviewed that may be relevant to the case and to any preliminary hearing. The parties stipulate and agree that all of the aforementioned considerations are in the interests of justice.

1

**IT IS SO STIPULATED**.

s/JOHN K. NEAL
*Assistant United States Attorney*
*United States Attorney's Office*
*Eastern District of Michigan*
*211 W. Fort Street, Ste. 2001*
*Detroit, MI 48226*
*(313) 226-9644*
*John.Neal@usdoj.gov*


s/MARK KRIGER
*Attorney for Gavin Awerbuch*
*LaRene and Kriger PLC*
*645 Griswold Street, Suite 1717*
*Detroit, MI 48226*
*(313) 987-0100*
*mkriger@sbcglobal.net*



Date: December 16, 2015

IT IS SO ORDERED.



Date: December 20, 2015              s/Anthony P. Patti
                                     HONORABLE ANTHONY P. PATTI
                                     United States Magistrate Judge