UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                                No. 14-MJ-30216

        Plaintiff,

v.

GAVIN AWERBUCH,

        Defendant.
_____/

### STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION/PRELIMINARY HEARING

      The United States of America and the defendant, through their respective counsel, stipulate and agree that there is good cause to continue the preliminary examination/preliminary hearing in this case, which is presently scheduled to take place on Friday, August 12, 2016. The parties stipulate that the required preliminary examination/preliminary hearing should be continued until Friday, September 16, 2016.  The parties also stipulate and agree that this Stipulation and any order resulting therefrom shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(b).  The delay is requested based on the ends of justice and the interests of the defendant, within the meaning of 18 U.S.C. § 3161(h)(7), due to factual and legal complexity of the case, as well as to the extensive volume of discovery to be analyzed and reviewed that may be relevant to the case and to any preliminary hearing.  The parties also need additional time to continue discussions concerning a potential pre-indictment resolution of this

1

case. The parties stipulate and agree that all of the aforementioned considerations are in the interests of justice.

**IT IS SO STIPULATED**.

s/JOHN K. NEAL
*Assistant United States Attorney*
*United States Attorney's Office*
*Eastern District of Michigan*
*211 W. Fort Street, Ste. 2001*
*Detroit, MI 48226*
*(313) 226-9644*
*John.Neal@usdoj.gov*


s/MARK KRIGER
*Attorney for Gavin Awerbuch*
*LaRene and Kriger PLC*
*645 Griswold Street, Suite 1717*
*Detroit, MI 48226*
*(313) 987-0100*
*mkriger@sbcglobal.net*



Date:

IT IS SO ORDERED.


Date: August 12, 2016				s/Anthony P. Patti
						HONORABLE ANTHONY PATTI
						United States Magistrate Judge